# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BETTY AYTON,**

        **Plaintiff,**

**v.**                                                           **Case No:  6:10-cv-1930-Orl-28GJK**

**ORANGE COUNTY SHERIFF DEPARTMENT,**

        **Defendant.**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANT'S AMENDED MOTION TO TAX COSTS WITH SUPPORTING LEGAL AUTHORITY AND RULE 3.01(G) CERTIFICATION (Doc. No. 47)**
>
> **FILED:**    October 15, 2012
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On October 3, 2012, the Court entered an order granting Defendant's motion for summary judgment as to Plaintiff's only federal claim and dismissing the remaining state law claims without prejudice. Doc. No. 42. On October 4, 2012, the Clerk entered a judgment stating that Plaintiff shall taking noting on the federal claim. Doc. No. 43. On October 15, 2012, Defendant filed a Bill of Costs and an Amended Motion to Tax Costs With Supporting Legal Authority and Rule 3.01(g) Certification (the "Motion") requesting that pursuant to Rule 54(d)(1), Federal Rules of Civil Procedure, that the Court enter judgment in favor of Defendant

for $3,757.76 in costs, representing: $335.00 in service of process fees; $2,990.90 in transcription costs obtained for use in this case; $190.25 in witness fees; and $241.61 in necessary copying costs. Doc. Nos. 44 at 1, 47 at 3-8. Defendant also requests that interest be imposed on the judgment at the regular rate until satisfied. Doc. No. 47 at 9.

Plaintiff failed to file a timely response to the Motion or to the Bill of Costs. Accordingly, the Motion is unopposed. *See* Doc. No. 22 at 5 (where no memorandum in opposition is filed the Court routinely grants the motion as unopposed). The costs requested are all recoverable under 28 U.S.C. § 1920. Based on the forgoing, it is **RECOMMENDED** that the Court:

1. **GRANT** the Motion (Doc. No. 47) as unopposed;

2. Direct the Clerk to enter judgment in favor of the Defendant for $3,757.76 plus post judgment interest; and

3. Direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 5, 2012.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy