UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BETTY AYTON, as personal representative of the Estate of Kenneth Ayton, Jr., deceased,**

Plaintiff,

-vs-                                         Case No. 6:10-cv-1930-Orl-28GJK

**ORANGE COUNTY SHERIFF DEPARTMENT,**

Defendant.

## ORDER

This case is before the Court on Defendant's Amended Motion to Tax Costs ("Motion") (Doc. No. 47) filed October 15, 2012. The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed[1], the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

---

[1] Defendant filed the Motion on October 15, 2012, and pursuant to Local Rule 3.01(b) and Fed. R. Civ. P. 6(d), Plaintiff had seventeen (17) days to respond to the Motion. The seventeen (17) day period for response lapsed and thereafter the Magistrate Judge entered the Report and Recommendation ("R&R") (Doc. 49). Approximately five hours after the R&R was entered, Plaintiff filed her "response" to the Motion (Doc. 50). The Response is not timely. To the extent Plaintiff intended the "response" to be an objection to the R&R, the objection is overruled.

1. That the Report and Recommendation filed November 5, 2012 (Doc. No. 49) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Amended Motion to Tax Costs (Doc. No. 47) is **GRANTED**.

3. Defendant is awarded $3,757.76 in costs and is entitled to post judgment interest.

4. The Clerk of the Court is directed to enter judgment in favor of Defendant in the amount of $3,757.76.

**DONE and ORDERED** in Chambers, Orlando, Florida this __29__ day of November, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record